Ronald L. Richman, SBN 139189
Sarah Bowen, SBN 308633
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
sarah.bowen@bullivant.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR GALVEZ, an individual; and CARMEN MURILLO, an individual,,<br><br>Defendants. | Case No.: 4:18-cv-07423-KAW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT CARMEN MURILLO; JUDGMENT** |

STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT

# STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, on the one hand, through counsel, and Carmen Murillo, on the other hand that:

Judgment be entered in favor of Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, and against defendant Carmen Murillo, an individual, in the amount of $41,731.19.

Interest on the Judgment shall accrue at the weekly average of 1-year constant maturity Treasury Yield for the calendar week preceding the date of Judgment until paid in full.

Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California will forebear from enforcing this judgment, other than obtaining entry of judgment from the Court and recording abstracts of judgment, for twelve (12) months from the date judgment is entered by the Court.

DATED: January 6, 2020

BULLIVANT HOUSER BAILEY PC

By [signature]
Ronald L. Richman
Sarah K. Bowen

Attorneys for Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California

DATED: January 06, 2020

By [signature]
Carmen Murillo

Defendant Carmen Murillo

— 1 —
STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT

## JUDGMENT

Pursuant to stipulation by the parties and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, and against defendant Carmen Murillo, an individual, in the amount of $41,731.19.

Interest on the Judgment shall accrue at the weekly average 1-year constant maturity Treasury Yield for the calendar week preceding the date of Judgment until paid in full.

Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California shall forebear from enforcing this judgment, other than obtaining entry of judgment from the Court and recording abstracts of judgment, for twelve (12) months from the date judgment is entered by this Court.

DATED: 2/3/2020

By: _____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

4833-6288-6048.1