United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE PLAN FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GALVEZ, et al.,<br><br>Defendants. | Case No. 18-cv-07423-HSG<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 33 |

On May 19, 2020, Plaintiff Board of Trustees of the Laborers Health and Welfare Plan for Northern California ("Plaintiff") filed a motion for default judgment against Defendant Salvador Galvez ("Galvez"). Dkt. No. 33 ("Mot").

The motion contains the following deficiencies, such that the Court is unable to grant the requested relief: (1) Plaintiff seeks judgment against Defendant Galvez in the amount of $41,731.19, but the amount requested is not readily identifiable in Exhibit C to the King Declaration (Dkt. No. 33-2); (2) Plaintiff cites to Exhibit B of the Bowen Declaration (Dkt. No. 33-1) in support of its request for $6,681.92 in attorneys' fees and costs, but there is no Exhibit B to the Bowen Declaration (nor any additional materials supporting this request); and (3) Plaintiff cites to Exhibits E-G (Mot. at 10), but no Exhibits E-G were submitted to the Court. The Court is also unable to discern what documents Plaintiff is referring to in many of its citations. *See, e.g.*, Mot. at 10.

Accordingly, the motion for default judgment is **DENIED** without prejudice. The hearing previously set for July 16, 2020 is **VACATED**. In any amended motion for default judgment, Plaintiff must cure the above deficiencies and include sufficient evidence, with proper citations to

that evidence, in support of its motion. Any attorneys' fees incurred in fixing the deficiencies described above should not be claimed in the renewed motion.

**IT IS SO ORDERED.**

Dated:  7/1/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge