United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE PLAN FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GALVEZ, et al.,<br><br>Defendants. | Case No. 18-cv-07423-HSG<br><br>**CLERK'S NOTICE**<br><br>**Docket No. 37** |

Notice is hereby given that the Court takes the pending motion for default judgment-by the Court filings under submission. The hearing previously scheduled for October 1, 2020 at 2:00 p.m. is vacated. The Court will issue a written order.

Dated: September 29, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.