Ronald L. Richman, SBN 139189
Sarah Bowen, SBN 308633
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone: 415.352.2700
Facsimile:  415.352.2701
E-Mail: ron.richman@bullivant.com
         sarah.bowen@bullivant.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR GALVEZ, an individual; and CARMEN MURILLO, an individual,<br><br>Defendants. | Case No.:  4:18-cv-07423-HSG<br><br>**JUDGMENT**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

Pursuant to this Court's ORDER GRANTING AMENDED MOTION FOR DEFAULT JUDGMENT [Dkt. 40] and good cause appearing:

///

///

///

///

///

4822-6149-1152.1 29503/00023

– 1 –

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that that judgment be entered in favor of Plaintiff Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, and against Defendant Salvador Galvez, for $41,731.19 in damages and $6,681.92 in reasonable attorneys' fees, totaling $48,413.11.

IT IS SO ORDERED.

DATED: 11/18/2020

By _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

*****

4822-6149-1152.1 29503/00023 — 2 —
JUDGMENT